B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 11−10617−RGM
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dung V Nguyen
6240 Willowfield Way
Springfield, VA 22150

Vivi Phuong Bui
6240 Willowfield Way
Springfield, VA 22150

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−8735                 Joint Debtor: xxx−xx−0814

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                          Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Dung V Nguyen and Vivi Phuong Bui are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: May 16, 2011                 William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Dung V Nguyen  
Vivi Phuong Bui  
    Debtors

Case No. 11-10617-RGM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 2     Date Rcvd: May 16, 2011  
                  Form ID: B18     Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2011.

```
db/jdb        +Dung V Nguyen,    Vivi Phuong Bui,    6240 Willowfield Way,    Springfield, VA 22150-1036
cr             County of Loudoun, Virginia,    Attn: Collections/Bankruptcy Div.,    PO Box 347 (MSC#31),
                 Leesburg, VA  20178-0347
10214663       Academy Collection Service Inc,    P.O. Box 16119,    Philadelphia, PA 19114-0119
10214664       Advanced Call Center Technolog,    P.O. Box 9090,    Johnson City, TN 37615-9090
10214665       Advanta Business,    P.O. Box 8088,    Philadelphia, PA 19101-8088
10214666      +Allied Interstate, Inc.,    P.O. Box 361774,    Columbus, OH 43236-1774
10214672       Best Practices, Inc.,    P.O. Box 75567,    Baltimore, MD 21275-5567
10214677      +City of Fairfax,    Commissioner of Revenue,    10455 Armstrong St., Rm. 244,
                 Fairfax, VA 22030-3600
10214679       County of Loudoun,    Treasurer of Loudoun County,    P.O. Box 347,    Leesburg, VA 20178-0347
10299589       County of Loudoun VA,    One Harrison St SE 5th Fl,    (MSC06),    Leesburg, VA 20175-3102
10214680       Cox Communications,    P.O. Box 9001089,    Louisville, KY 40290-1089
10214681      +Creditors Financial Group, LLC,    P.O. Box 440290,    Aurora, CO 80044-1500
10214683      +Diversified Collection Service,    P.O. Box 9057,    Pleasanton, CA 94566-9057
10214684       Encore Receivable Management,,    P.O. Box 3330,    Olathe, KS 66063-3330
10214686      +First Data Merchants,    1307 Walt Whitman,    Melville, NY 11747-4819
10214687      +Frederick J. Hanna & Associate,    1427 Roswell Rd,    Marietta, GA 30062-3668
10214688      +Glasser & Glasser,    P.O. Box 3400,    Norfolk, VA 23514-3400
10214692      +JDC Fairfax, LLC,    c/o Frederick H. Kruck., Jr.,,    7551 Foxview Drive,
                 Warrenton, VA 20186-2059
10308636      +Kimco Realty Corporation,    3333 New Hyde Park Road,    New Hyde Park, NY 11042-1204
10214695       NCO Financial Systems,    P.O. Box 17080,    Wilmington, DE 19850-7080
10214698       Northstar Location Services,    Attn: Financial Services Dept.,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
10214699       Potomac Run, LLC,    3333 New Hyde Park Rd, #100,    P.O. Box 5020,    New Hyde Park, NY 11042-0020
10214700       Quest Diagnostics Incorporated,    P.O. Box 71303,    Philadelphia, PA 19176-1303
10214701       Redline Recovery,    11675 Rainwater Drive,    Suite 350,    Alpharetta, GA 30009-8693
10214702       Sage Capital Recovery,    P.O. Box 8504,    Cherry Hill, NJ 08002-0504
10308637      +Southland Corporation,    5300 Shawnee Road,    Alexandria, VA 22312-2384
10214703      +Suburban Credit Corporation,    P.O. Box 30640,    Alexandria, VA 22310-8640
10214704      +Suntrust Bank,    VA RIC 9292,    P.O. Box 27572,    Richmond, VA 23261-7572
10308638      +Teo V. Pham,    4104 High Point Court,    Annandale, VA 22003-2309
10214705       The Home Depot,    P.O. Box 689100,    Des Moines, IA 50368-9100
10235515       Treasurer, County of Loudoun, VA,    Attn: Collections/Bankruptcy Div.,    PO Box 347 (MSC #31),
                 Leesburg, VA 20178-0347
10214706       Virginia Department of Taxatio,    P.O. Box 2369,    Richmond, VA 23218-2369
10214707       Virginia Employment Commission,    P.O. Box 27592,    Richmond, VA 23261-7592
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +EDI: RECOVERYCORP.COM May 17 2011 01:38:00      Recovery Management Systems Corporation,
                 25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
10214667       EDI: AMEREXPR.COM May 17 2011 01:38:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
10214668       EDI: ACCE.COM May 17 2011 01:38:00      Asset Acceptance LLC,    P.O. Box 2036,
                 Warren, MI 48090-2036
10214671       EDI: BANKAMER.COM May 17 2011 01:38:00      Bank of America,    P.O. Box 15222,
                 Wilmington, DE 19886-5222
10214669       EDI: BANKAMER.COM May 17 2011 01:38:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
10214673      +E-mail/Text: cms-bk@cms-collect.com May 17 2011 01:41:04      Capital Management Services,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
10214674       EDI: CAPITALONE.COM May 17 2011 01:38:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
10214675       EDI: CHASE.COM May 17 2011 01:38:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
10214676       EDI: CITICORP.COM May 17 2011 01:38:00      CitiBank,    P.O. Box 6077,
                 Sioux Falls, SD 57117-6077
10214678      +EDI: COLLECTCORP.COM May 17 2011 01:38:00      Collectcorp Corporation,
                 455 N. 3rd St., Suite 260,    Phoenix, AZ 85004-0630
10214682      +EDI: DISCOVER.COM May 17 2011 01:38:00      Discover,    P.O. Box 71084,    Charlotte, NC 28272-1084
10214685       EDI: BANKAMER.COM May 17 2011 01:38:00      FIA Card Services,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
10214689       EDI: HFC.COM May 17 2011 01:38:00      HSBC,    P.O. Box 17051,    Baltimore, MD 21297-1051
10214691       EDI: IRS.COM May 17 2011 01:38:00      IRS,    P.O. Box 7346,    Philadelphia, PA 19101-7346
10214690       E-mail/Text: BANKRUPTCY@INOVA.ORG May 17 2011 01:42:00      Inova Fairfax Hospital,
                 P.O. Box 37019,    Baltimore, MD 21297-3019
10214694      +EDI: LTDFINANCIAL.COM May 17 2011 01:38:00      LTD Financial Services,
                 7322 Southwest Freeway, #1600,    Houston, TX 77074-2053
10214693       E-mail/Text: swilliams@loudounwater.org May 17 2011 01:42:12      Loudoun Water,    P.O. Box 4000,
                 Ashburn, VA 20146-2591
10214696       EDI: HFC.COM May 17 2011 01:38:00      Neiman Marcus,    P.O. Box 729080,    Dallas, TX 75372-9080
10214697      +E-mail/Text: bnc@nordstrom.com May 17 2011 01:39:35      Nordstrom,    P.O. Box 6555,
                 Englewood, CO 80155-6555
```

```
District/off: 0422-9              User: admin              Page 2 of 2              Date Rcvd: May 16, 2011
                                  Form ID: B18             Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10331506      EDI: RECOVERYCORP.COM May 17 2011 01:38:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10308639      EDI: TFSR.COM May 17 2011 01:38:00     Toyota Financial Services,    P.O. Box 5855,
              Carol Stream, IL 60197-5855
                                                                                             TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JDC Fairfax, LLC
10214670      Bank of America
                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2011**                     **Signature:** _Joseph Speetjens_